**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. TARKINGTON, | ) NO. CV 12-4849-JAK(E) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| WILLIAM SMITH JR., DEPUTY DISTRICT ATTORNEY; MARY SANCHEZ, DEPUTY ATTORNEY GENERAL, | ) CONCLUSIONS AND RECOMMENDATIONS ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation (the "R&R") of United States Magistrate Judge. The Court accepts and adopts the R&R, and notes that it is consistent with *Cooper v. Ramos*, 704 F. 3d 772 (9th Cir. 2012), which was decided after the issuance of the R&R.

IT IS ORDERED that: (1) the R&R is accepted and adopted; (2) Defendant Sanchez' Motion to Dismiss is granted; and (3) Judgment shall be entered dismissing the Complaint without leave to amend as to both Defendant Sanchez and Defendant Smith: (a) with prejudice to the

extent the Complaint challenges Defendants' alleged actions or inactions with regard to Plaintiff's postconviction requests for DNA testing; and (b) without prejudice as to Plaintiff's claims challenging the validity of his conviction.

IT IS FURTHER ORDERED that the Clerk shall forthwith serve a copy of this Order and the Judgment of this date on both the Plaintiff and Counsel for Defendants.

DATED: May 8, 2013.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2