**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY L. TARKINGTON, | ) | NO. CV 12-4849-JAK(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| | ) | |
| WILLIAM SMITH JR., DEPUTY | ) | CONCLUSIONS AND RECOMMENDATIONS |
| DISTRICT ATTORNEY; MARY | ) | |
| SANCHEZ, DEPUTY ATTORNEY | ) | OF UNITED STATES MAGISTRATE JUDGE |
| GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation (the "R&R") of United States Magistrate Judge.  The Court accepts and adopts the R&R, and notes that it is consistent with *Cooper v. Ramos,* 704 F. 3d 772 (9th Cir. 2012), which was decided after the issuance of the R&R.

IT IS ORDERED that:  (1) the R&R is accepted and adopted; (2) Defendant Sanchez' Motion to Dismiss is granted; and (3) Judgment shall be entered dismissing the Complaint without leave to amend as to both Defendant Sanchez and Defendant Smith:  (a) with prejudice to the

1  extent the Complaint challenges Defendants' alleged actions or
2  inactions with regard to Plaintiff's postconviction requests for DNA
3  testing; and (b) without prejudice as to Plaintiff's claims
4  challenging the validity of his conviction.

5

6      IT IS FURTHER ORDERED that the Clerk shall forthwith serve a copy
7  of this Order and the Judgment of this date on both the Plaintiff and
8  Counsel for Defendants.

9

10         DATED: May 8, 2013.

11

12

13  _____
14         JOHN A. KRONSTADT
       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28