**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. TARKINGTON,       ) | NO. CV 12-4849-JAK(E) |
|             Plaintiff,       ) | |
|     v.                       ) | JUDGMENT |
| WILLIAM SMITH JR., DEPUTY    ) | |
| DISTRICT ATTORNEY; MARY      ) | |
| SANCHEZ, DEPUTY ATTORNEY     ) | |
| GENERAL,                     ) | |
|             Defendants.      ) | |

   IT IS ADJUDGED that the Complaint is dismissed without leave to amend as against both Defendant Sanchez and Defendant Smith: (a) with prejudice to the extent the Complaint challenges Defendants' alleged actions or inactions with regard to Plaintiff's postconviction requests for DNA testing; and (b) without prejudice as to Plaintiff's claims challenging the validity of his conviction.

   DATED: May 8, 2013

   _____
   JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE